UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:03-cr-332-T-23TBM

ROBINSON MONTOYA NARANJO
_____/

**ORDER**

The defendant moves (Doc. 284, 285) to proceed on appeal *in forma pauperis* from the October 28, 2015 order (Doc. 279) that denies the defendant's motion for reconsideration of the October 13, 2015 order (Doc. 276) denying a reduction of sentence. The magistrate judge issued a report (Doc. 286) recommending denial of the motion to appeal *in forma pauperis*, and the defendant objected (Doc. 287) to the report and recommendation.

The report and recommendation is **ADOPTED**. For the reasons explained in the report and recommendation and in Docs. 276 and 279, the appeal is frivolous, and the motion to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on December 15, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE